UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTONIO CORTEZ PARKS, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NORTH CAROLINA CHILD SUPPORT )<br>SERVICES and VERNA DONNELLY, )<br>)<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:24-CV-220-BO-RN** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's claims against North Carolina Child Support Services and Verna Donnelly are dismissed without prejudice for failure to make timely service in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. The clerk is DIRECTED to close the case.

This Judgment filed and entered on July 7, 2025, and copies to:
Antonio Cortez Parks         (via US Mail to 6110 Ricker Road, Raleigh, NC 27610-4283)

July 7, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk